# United States District Court
## Southern District of Georgia

REGINALD EMMIT BLOUNT,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 118-112
(Formerly CR 116-042)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated March 29, 2019 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, that Respondent's Motion to Withdraw Ground One is granted, and the remaining claim in Ground Two of Petitioner's motion filed pursuant to 28 U.S.C. § 2255 is hereby denied. Accordingly, the Court denies a certificate of appealability in this case and Petitioner is not entitled to appeal in forma pauperis; furthermore, Judgment is hereby entered in favor of Respondent. This case stands closed.



| 05/29/2019 | Scott L. Poff |
|---|---|
| Date | Clerk |

/s/ Jamie Hodge
(By) Deputy Clerk