**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

REGINALD EMMIT BLOUNT,　　　　　*
　　　　　　　　　　　　　　　　　　*
　　　Petitioner,　　　　　　　　 *
　　　　　　　　　　　　　　　　　　*
　　　　　v.　　　　　　　　　　　 *　　　　CV 118-112
　　　　　　　　　　　　　　　　　　*
UNITED STATES OF AMERICA,　　　 *
　　　　　　　　　　　　　　　　　　*
　　　Respondent.　　　　　　　　 *
　　　　　　　　　　　　　　　　　　*

_____

**O R D E R**

_____

Presently before the Court is Petitioner's "Petition for Inquiry." (Doc. 34.) Petitioner "seeks all information" in the Court's possession because "it has been more than 12 months since the filing of the petition without any acknowledgment or ruling in this matter." (Id.) The Magistrate Judge's Report and Recommendation ("R&R") was filed on the docket and sent to Petitioner via USPS mail on May 3, 2019. (Docs. 29, 30.) On May 29, 2019, after receiving no objections from Petitioner, the Court adopted the R&R which granted Petitioner's motion to withdraw petition for relief under 28 U.S.C. § 2255 (Doc. 26) and denied Petitioner's remaining ineffective assistance of counsel claim. (Doc. 31.) The Clerk entered judgment in favor of Respondent and closed this case on the same day. (Doc. 32.)

To the extent Petitioner is requesting the Court provide him a copy of all the filings in his case at no cost, that request is **DENIED**.   Petitioner is not entitled to free copies of Court records.  See Jackson v. Ajibade, No. CV 311-020, 2011 WL 3468373, at *1 (S.D. Ga. Aug. 8, 2011) (citing Wanninger v. Davenport, 697 F.2d 992, 994 (11th Cir. 1983) (per curiam); Jones v. Franzen, 697 F.2d 801, 803 (7th Cir. 1983)).  Petitioner may purchase copies of any Court record directly from the Clerk of Court for $0.50 per page.   Petitioner's motion is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this ___7th___ day of June, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA